EXHIBIT 2

**IN THE CIRCUIT COURT OF WOOD COUNTY, WEST VIRGINIA**

| | |
|---|---|
| PHOENIX ASSOCIATES, INC.,<br><br>*Plaintiff*,<br>v.<br><br>SMG LAND DEVELOPMENT, LLC, BANK OF HINDMAN, GREG ISAAC as Trustee, SPINNAKER INSURANCE COMPANY, SHERIFF OF WOOD COUNTY, and OTIS BAKER a/k/a/ JOHN DOE,<br><br>*Defendants*. | Civil Action No. 26-C-22<br>Honorable Robert A. Waters |

# NOTICE TO CLERK OF FILING NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on February 9, 2026, Defendant Spinnaker Insurance Company ("Spinnaker"), by and through its undersigned counsel, removed the above captioned action from the Circuit Court of Wood County, West Virginia, to the United States District Court for the Southern District of West Virginia. A true and correct copy of the Notice of Removal (without exhibits) is attached hereto as ***Exhibit A***.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 28 U.S.C. § 1446(d), no further proceedings shall occur in this Court unless and until the case is remanded.

Respectfully submitted the 9th day of February, 2026.

**Defendant,**
**SPINNAKER INSURANCE COMPANY,**
**By Counsel**:

/s/ Debra Tedeschi Varner

Debra Tedeschi Varner (WV State Bar #6501)
dtvarner@vv-wvlaw.com
Corey J. Bunch (WV State Bar #14609)
cbunch@vv-wvlaw.com
Varner & Van Volkenburg, PLLC
360 Washington Avenue
Clarksburg, WV 26301
Tel: (304) 918-2840 / Fax: (304) 362-0124

EXHIBIT 2

IN THE CIRCUIT COURT OF WOOD COUNTY, WEST VIRGINIA

| | |
|---|---|
| PHOENIX ASSOCIATES, INC.,<br><br>*Plaintiff*,<br>v.<br><br>SMG LAND DEVELOPMENT, LLC, BANK OF HINDMAN, GREG ISAAC as Trustee, SPINNAKER INSURANCE COMPANY, SHERIFF OF WOOD COUNTY, and OTIS BAKER a/k/a/ JOHN DOE,<br><br>*Defendants*. | Civil Action No. 26-C-22<br>Honorable Robert A. Waters |

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2026, I filed the foregoing ***NOTICE OF REMOVAL*** upon counsel of record via one or more of the following methods: (1) electronic notification through the WV E-File system; and/or (2) facsimile, and/or (3) depositing a true copy in the United States Mail, postage prepaid, in an envelope addressed as follows:

Robert L. Bays, Esquire
rbays@bowlesrice.com
Bowles Rice LLP
501 Avery Street, Fifth Floor
P. O. Box 49
Parkersburg, WV 26102
***Fax: (304) 420-5587***
*Counsel for Plaintiff, Phoenix Associates, Inc.*

/s/ Debra Tedeschi Varner
Debra Tedeschi Varner