EXHIBIT 3

# Case Docket Entries

**CC-54-2026-C-22**

Court: **Circuit** County: **54 - Wood** Created Date: **1/29/2026** Security Level: **Public**
Judge: **Robert A. Waters** Case Type: **Civil** Case Sub-Type: **Contract** Status: **Open**
Related Cases:
Style: **Phoenix Associates, Inc. v. SMG Land Development, LLC**

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 1/29/2026 2:42:35 PM | E-Filed | | Complaint |
| | 1-1 1/29/2026 | Civil Case Information Statement | | |
| | 1-2 1/29/2026 | Complaint - Complaint | | |
| | 1-3 1/29/2026 | Supporting Document - Affidavit of Robert L. Bays | | |
| | 1-4 1/29/2026 | Transmittal | | |
| | 1-5 1/29/2026 | Summons - 1/30/26 Sums&2 iss'd, sent to SOS; Sums&1 iss'd, sent cert mail | | |
| 2 | 1/29/2026 2:42:35 PM | Judge Assigned | J-54004 | Robert A. Waters |
| 3 | 1/29/2026 2:42:35 PM | Party Added | P-001 | Phoenix Associates, Inc. |
| 4 | 1/29/2026 2:42:35 PM | Party Added | D-001 | SMG Land Development, LLC |
| 5 | 1/29/2026 2:42:35 PM | Party Added | D-002 | Greg Isaac, Trustee |
| 6 | 1/29/2026 2:42:35 PM | Party Added | D-003 | Bank of Hindman |
| 7 | 1/29/2026 2:42:35 PM | Party Added | D-004 | Otis Baker |
| 8 | 1/29/2026 2:42:35 PM | Attorney Listed | P-001 | A-274 - Robert L. Bays |
| 9 | 1/29/2026 2:42:35 PM | Service Requested | D-001 | Secretary of State - Certified - Including Copy Fee |
| 10 | 1/29/2026 2:42:35 PM | Service Requested | D-002 | Circuit Clerk - Certified Mail - Including Copy Fee |
| 11 | 1/29/2026 2:42:35 PM | Service Requested | D-003 | Secretary of State - Certified - Including Copy Fee |
| 12 | 1/29/2026 2:42:35 PM | Service Requested | D-004 | Filer - Order of Publication |
| 13 | 1/30/2026 9:46:21 AM | E-Docketed | | Supporting Documents - Certified mail receipt for G. Issac |
| | 13-1 1/30/2026 | Other - Certified mail receipt for G. Issac | | |
| | 13-2 1/30/2026 | Transmittal | | |
| 14 | 1/30/2026 11:45:50 AM | E-Filed | | Amended Complaint - Amended Complaint |
| | 14-1 1/30/2026 | Civil Case Information Statement | | |
| | 14-2 1/30/2026 | Amended Complaint - Amended Complaint | | |
| | 14-3 1/30/2026 | Transmittal | | |
| | 14-4 1/30/2026 | Summons - 1/30/26 Sums&1 iss'd, sent to SOS; Sums&1 iss'd sent to SWC | | |
| 15 | 1/30/2026 11:45:50 AM | Party Added | D-005 | Spinnaker Insurance Company |
| 16 | 1/30/2026 11:45:50 AM | Party Added | D-006 | Sheriff of Wood County |
| 17 | 1/30/2026 11:45:50 AM | Service Requested | D-005 | Secretary of State - Certified - Including Copy Fee |
| 18 | 1/30/2026 11:45:50 AM | Service Requested | D-006 | Sheriff - Including Copy Fee |
| 19 | 1/30/2026 11:45:50 AM | Service Requested | D-001 | No Service |
| 20 | 1/30/2026 11:45:50 AM | Service Requested | D-002 | No Service |
| 21 | 1/30/2026 11:45:50 AM | Service Requested | D-003 | No Service |
| 22 | 1/30/2026 11:45:50 AM | Service Requested | D-004 | No Service |
| 23 | 2/3/2026 2:07:05 PM | E-Filed | | Letter to Clerk - Order of Publication |
| | 23-1 2/3/2026 | Letter - Order of Publication | | |
| | 23-2 2/3/2026 | Transmittal | | |
| 24 | 2/3/2026 2:31:28 PM | E-Docketed | | Supporting Documents - signed Order of Publication |
| | 24-1 2/3/2026 | Supporting Document - signed Order of Publication | | |
| | 24-2 2/3/2026 | Transmittal | | |
| 25 | 2/3/2026 3:58:30 PM | E-Docketed | | Service Return - return of service from swc for Sheriff of Wood County |
| | 25-1 2/3/2026 | Service Return - return of service from swc for Sheriff of Wood County | | |
| | 25-2 2/3/2026 | Transmittal | | |

EXHIBIT 3

# Case Docket Entries

**CC-54-2026-C-22**

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 26 | 2/5/2026 2:58:46 PM | Document Emailed | | Court user emailed mjordan@vv-wvlaw.com document 13-1 - Other - Certified mail receipt for G. Issac |
| 27 | 2/5/2026 2:59:09 PM | Document Emailed | | Court user emailed mjordan@vv-wvlaw.com document 25-1 - Service Return - return of service from swc for Sheriff of Wood County |
| 28 | 2/5/2026 2:59:25 PM | Document Emailed | | Court user emailed mjordan@vv-wvlaw.com document 24-1 - Supporting Document - signed Order of Publication |